IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YOSELIN MARIBEL LOPEZ-LOPEZ,

    Petitioner,

v.                                  Civil No. 26-0008-BAH

KRISTI NOEM ET AL.,

    Respondents.

## ORDER

Upon consideration of the Petition for Writ of Habeas Corpus, ECF 1 (the "Petition"), the parties' joint notice, ECF 13, and the entire record in this case,[1] good cause having been shown, it is hereby,

**ORDERED**, that the Petition is **GRANTED** in part, insofar as the Court finds that Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Respondents are ENJOINED from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to, and shall seek, a bond hearing consistent with that statute and 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d);

---

[1] The Court incorporates the arguments made by Respondents in *Ailon-Lopez v. Bondi*, Civ. No. 26-160-BAH, *Arevalo-Ixam v. Noem*, Civ. No. 26-081-BAH, *Baicu v. Baker*, Civ. No. 26-202-BAH, *Vicente Romero v. Bondi*, Civ. No. 26-219-BAH, and *Aguirre Aguirre v. Baker et al.*, Civ. No. 26-319-BAH, and, as the undersigned did in those cases, expressly adopts the reasoning outlined in *Maldonado v. Baker*, Civ. No. 25-3084-TDC, 2025 WL 2968042 (D. Md. Oct. 21, 2025), *Hernandez-Lugo v. Bondi*, Civ. No. GLR-25-3434, 2025 WL 3280772 (D. Md. Nov. 25, 2025), and *Afghan v. Noem*, Civ. No. SAG-25-04105, 2025 WL 3713732 (D. Md. Dec. 23, 2025).

3. A bond hearing shall be held within 10 days of the Petitioner's filing of a motion with the Immigration Court;

4. The bond hearing must be conducted by an Immigration Judge with jurisdiction or administrative control over Petitioner's detention and removal proceedings, and the hearing must comply with in all respects with the regulations at 8 C.F.R. §§ 236.1(d), 1003.19, 1236.1(d) and any attendant process available pursuant to these provisions;

5. This order does not require Respondents to transfer or transport Petitioner to Maryland prior to a bond hearing, so that Petitioner may secure a bond hearing as quickly as possible;

6. If bond is granted and Petitioner is released, nothing in this order precludes ICE from imposing reasonable conditions of release;

7. If Petitioner is not provided with a bond hearing before an immigration judge within 10 days of her filing a motion with the Immigration Court, Respondents shall release Petitioner from custody with reasonable conditions, which may include the requirement that Petitioner appear for a bond hearing at an Immigration Court in Maryland;

8. The parties shall provide this Court with a Status Report within 14 days of this order;

9. Petitioner's request for attorney's fees and costs is denied; and it is further

**ORDERED**, that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this order.

Dated: January 30, 2026

/s/
Brendan A. Hurson
United States District Judge