**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| YOSELIN MARIBEL LOPEZ-LOPEZ, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil No. 26-00008-BAH |
| KRISTI NOEM ET AL., | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the parties' joint status report, ECF 15, and for good cause shown,

it is hereby **ORDERED** that the pending motion to dismiss, ECF 9, is **DENIED** as moot, and this

case is dismissed.  The Clerk is directed to **CLOSE** the case.


Dated: February 13, 2026             _____/s/_____

                                         Brendan A. Hurson
                                         United States District Judge